UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPHRAIM KIRKPATRICK,<br><br>           Plaintiff,<br><br>    v.<br><br>OFFICER PLITMAN, et al.,<br><br>           Defendants. | NO. CV 11-5326 JVS (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1   **IT IS ORDERED** that Judgment shall be entered dismissing this action
2   with prejudice.

3

4   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5   the Judgment herein on Plaintiff at his current address of record.

6

7   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9   DATED: October 27, 2011

10
                                        _____
11                                      JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE

2