**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EPHRAIM KIRKPATRICK,                    ) NO. CV 11-5326 JVS (SS)
                                        )
              Plaintiff,                )
                                        )
         v.                             )        **JUDGMENT**
                                        )
OFFICER PLITMAN, et al.,                )
                                        )
              Defendants.               )
_____)

     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

     DATED: October 27, 2011

                              _____
                              JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE