JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ephraim Kirkpatrick, ) | CV 11-05326-JVS(SSx) |
| Plaintiff, ) | ORDER OF DISMISSAL FOR |
| v. ) | LACK OF PROSECUTION |
| Officer Plitman, etc., ) | |
| Defendants. ) | |

The Court having issued an Order to Show Cause on ___March 4, 2013___ as to why this action should not be dismissed for lack of prosecution, with a written response due on March 13, 2013 and a hearing set March 18, 2013, no response having been filed or appearance having been made,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

DATED: March 25, 2013

_____
James V. Selna
United States District Judge